**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jose V. Maldonado | Social Security number or ITIN  xxx–xx–1669 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 14–25538–RG | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jose V. Maldonado

9/12/17                                  **By the court:** Rosemary Gambardella
                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-25538-RG
Jose V. Maldonado                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin            Page 1 of 2            Date Rcvd: Sep 12, 2017
                             Form ID: 3180W         Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2017.
```
db            +Jose V. Maldonado,   1308 9th Street,   North Bergen, NJ 07047-1733
cr            +OCWEN LOAN SERVICING, LLC,   Stern & Eisenberg, PC,   1040 North Kings Highway,   Suite 407,
               Cherry Hill, NJ 08034-1925
515907926    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court:   Nationstar Mortgage, LLC,   PO Box 619096,   Dallas, TX 75261-9741)
514952922     +Ocwen Loan Servicing,   12650 Ingenuity Dr,   Orlando, FL 32826-2703
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 13 2017 00:34:54     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 13 2017 00:34:48      United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
514952915      EDI: BANKAMER.COM Sep 13 2017 00:13:00      Bk Of Amer,   4161 Piedmont Pkwy,
               Greensboro, NC  27410
514952916     +EDI: BANKAMER.COM Sep 13 2017 00:13:00      Bk Of America,   Po Box 982235,
               El Paso, TX 79998-2235
514952917     +EDI: CAPITALONE.COM Sep 13 2017 00:13:00      Capital One Bank, N.A.,   P.O. Box 71083,
               Charlotte, NC 28272-1083
515190956      EDI: BL-BECKET.COM Sep 13 2017 00:13:00      Capital One, N.A.,   c o Becket and Lee LLP,
               POB 3001,   Malvern, PA 19355-0701
515189575      EDI: RECOVERYCORP.COM Sep 13 2017 00:13:00      Capital Recovery V, LLC,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
514952918     +EDI: CHASE.COM Sep 13 2017 00:13:00      Chase,   Po Box 15298,   Wilmington, DE 19850-5298
514952919     +EDI: CITICORP.COM Sep 13 2017 00:13:00      Citi,   Po Box 6497,   Sioux Falls, SD 57117-6497
514952920     +EDI: CIAC.COM Sep 13 2017 00:13:00      Citimortgage Inc,   Po Box 9438,
               Gaithersburg, MD 20898-9438
515192523      EDI: ECAST.COM Sep 13 2017 00:13:00      ECAST SETTLEMENT CORPORATION, ASSIGNEE,
               OF CITIBANK (SOUTH DAKOTA), N.A.,   POB 29262,   NEW YORK, NY 10087-9262
514952921     +EDI: CBSKOHLS.COM Sep 13 2017 00:13:00      Kohls/capone,   N56 W 17000 Ridgewood Dr,
               Menomonee Falls, WI 53051-7096
515816939     +Fax: 407-737-5634 Sep 13 2017 01:21:56      Ocwen Loan Servicing, LLC,
               Attn: Cashiering Department,   1661 Worthington RD., Suite 100,
               West Palm Beach, FL 33409-6493
514952923     +E-mail/Text: EBN_Notifications@OWB.com Sep 13 2017 00:34:43      Onewest Bank,
               6900 Beatrice Drive,   Kalamazoo, MI 49009-9559
515149994      EDI: PRA.COM Sep 13 2017 00:13:00      Portfolio Recovery Associates, LLC,   c/o Lowes,
               POB 41067,   Norfolk VA 23541
515150048      EDI: PRA.COM Sep 13 2017 00:13:00      Portfolio Recovery Associates, LLC,
               c/o Sears Gold Mastercard,   POB 41067,   Norfolk VA 23541
515156153      EDI: PRA.COM Sep 13 2017 00:13:00      Portfolio Recovery Associates, LLC,   c/o THE HOME DEPOT,
               POB 41067,   Norfolk VA 23541
515185564      EDI: PRA.COM Sep 13 2017 00:13:00      Portfolio Recovery Associates, LLC,
               c/o TOYS "R"US CREDIT CARD,   POB 41067,   Norfolk VA 23541
514952924     +EDI: SEARS.COM Sep 13 2017 00:13:00      Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
514952925      EDI: RMSC.COM Sep 13 2017 00:13:00      Syncb/jcp,   Po Box 984100,   El Paso, TX  79998
514952926     +EDI: RMSC.COM Sep 13 2017 00:13:00      Syncb/lowes,   Po Box 956005,   Orlando, FL 32896-0001
514952927     +EDI: RMSC.COM Sep 13 2017 00:13:00      Syncb/toysrusdc,   Po Box 965005,
               Orlando, FL 32896-5005
514952928     +EDI: CITICORP.COM Sep 13 2017 00:13:00      Thd/cbna,   Po Box 6497,
               Sioux Falls, SD 57117-6497
516765170      EDI: ECAST.COM Sep 13 2017 00:13:00      eCAST Settlement Corporation,   PO Box 29262,
               New York NY 10087-9262
                                                                                               TOTAL: 24
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
515907927*   ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court:   Nationstar Mortgage, LLC,   PO Box 619096,   Dallas, TX 75261-9741)
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin               Page 2 of 2              Date Rcvd: Sep 12, 2017
                              Form ID: 3180W            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Steven A. Serna    on behalf of Debtor Jose V. Maldonado bk@sernaesq.com
              Steven K. Eisenberg    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                                             TOTAL: 4
```